UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,   :
         *Plaintiff*,   :
                            :      CASE NO. 24-Cr-676-VEC
        v.   :
                            :      **NOTICE OF FILING OF LETTERS IN**
                            :      **SUPPORT OF OREN ALEXANDER**
                            :
OREN ALEXANDER,   :
         *Defendant.*   :
............................../

      Undersigned counsel hereby gives notice of filing of the attached letters in support of Oren Alexander.

                                        Respectfully submitted,

                                        **KLUGH WILSON LLC**

                                        BY:   /s/ Richard C. Klugh
                                                  Richard C. Klugh
                                                  40 NW Third St. PH 1
                                                  Miami, Florida 33128
                                                  Tel: 305-536-1191
                                                  Email: rickklu@aol.com