To whom it may concern,

I am writing to provide a character reference for Oren Alexander in relation to his request for bail. I had the privilege of knowing Oren Alexander for the last 12 years, and during this time, I have come to know him as hard working, devoted family man and a active member of our community.

Oren Alexander has consistently demonstrated a strong moral character and deep commitment to his family and friends. He is a loving husband/friend/brother/and now a father. Who always put the well-being of his loved ones first. Additionally, his involvement in community activities, including volunteering, religious activities and local programs, has made a positive impact on those around him.

In his professional life, Oren Alexander is known for dedication, reliability, and integrity. He has always been a person who takes his responsibilities seriously and works hard to provide for his family and contribute to society.

I firmly believe that Oren Alexander is not a flight risk and will strictly adhere to any conditions imposed by the court.

I respectfully ask the court to Grant Oren Alexander the opportunity for bail, allowing him to continue supporting his family and addressing his legal matters responsibly. Please do not hesitate to contact me if further information is required.

Thank you for your time and consideration in this matter.

Martin Lipton