To Whom It May Concern,

I am writing this letter in support of my friend, Oren, to provide insight into his character and respectfully request your consideration for his bail.

I have known Oren since 1995, when I was 10 years old. Over the years, we have maintained a close friendship, and our families are now friends as well. Oren has always been a respectful and ambitious person. His behavior toward others, including women and his peers, has consistently been courteous and kind. In all the years I have known him, I have never witnessed him being disrespectful to anyone.

Oren is the type of person who seeks to improve himself and those around him. His positive outlook and determination have always stood out to me, and I firmly believe that his presence in our community is a positive influence.

I sincerely hope this letter provides some clarity about Oren's character. I am confident that he will respect all the conditions set forth by the court if granted bail.

Thank you for your time and consideration. Please feel free to contact me if you need further information.

Sincerely,

Yaniv Levi