Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

*[Filed stamp: U.S. District Court, JAN 28 2025, S.D. OF N.Y.]*

Caption:
United States of America
v.
Oren Alexander

Docket No.: 1:24-cr-00676-VEC-2
Valerie E. Caproni
(District Court Judge)

Notice is hereby given that Oren Alexander appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] Order Denying Release on Conditions
(specify)
entered in this action on 01/15/2025
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [✓]
Defendant found guilty by plea | | trial | | N/A [✓].
Offense occurred after November 1, 1987? Yes | No | N/A [✓]
Date of sentence: _____ N/A [✓]
Bail/Jail Disposition: Committed [✓]  Not committed |   | N/A |

Appellant is represented by counsel? Yes [✓] | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Richard Klugh (Admitted Pro Hac Vice) |
| Counsel's Address: | Klugh Wilson, LLC |
| | 40 N.W. Third Avenue, PH1 Miami, Florida 33128 |
| Counsel's Phone: | (305) 536-1191 |
| Assistant U.S. Attorney: | Elizabeth A. Espinosa |
| AUSA's Address: | U.S. Attorney's Office, SDNY |
| | 26 Federal Plaza, 37th Floor, New York, NY 10278 |
| AUSA's Phone: | 212-637-2216 |

_____
Signature

*[Handwritten margin note: Rcpt No. 36874 $605.00 1/28/25 JE]*

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Jan 28, 2025 4:09PM

OREN ALEXANDER

| Rcpt. No: 36674 | | Trans. Date: Jan 28, 2025 4:09PM | | | Cashier ID: #JE |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $605.00 |
| | | Total Due Prior to Payment: | | | $605.00 |
| | | Total Tendered: | | | $605.00 |
| | | Total Cash Received: | | | $0.00 |
| | | Cash Change Amount: | | | $0.00 |

**Comments:** 24CR00676-2 VEC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.