UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                    24-000676-VEC

ALON ALEXANDER,
OREN ALEXANDER, and
TAL ALEXANDER,

    Defendants.

_____/

## NOTICE OF MOTION TO DISMISS COUNT 4 OF
## THE SECOND SUPERSEDING INDICTMENT

    PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Oren Alexander, by and through counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order Dismissing Count 4 of the Second Superseding Indictment pursuant to Fed. R. Crim. P. 12(b)(3)(B).

                Respectfully submitted,

                KLUGH WILSON LLC
                40 NW Third St., PH 1
                Miami, Florida 33128
                Tel: 305-536-1191

        BY:    /s/ Richard C. Klugh
                Richard C. Klugh
                Fla. Bar No. 305294
                E-mail: rklugh@klughlaw.com
                *Counsel for Oren Alexander*