UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALON ALEXANDER,<br>OREN ALEXANDER, and<br>TAL ALEXANDER,<br><br>Defendants. | **UNSEALING ORDER**<br><br>S3 24 Cr. 676 (VEC) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Elizabeth A. Espinosa;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
June 10, 2025

_____
HONORABLE SARAH NETBURN
UNITED STATES CHIEF MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK