UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                              24-000676-VEC

OREN ALEXANDER,

   Defendant.

_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Richard C. Klugh, undersigned counsel for defendant Oren Alexander (admitted pro hac vice) respectfully moves for an Order, pursuant to Local Criminal Rule 1.1(b) and 1.2 and Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting permission for my withdrawal from the case at bar on the following grounds:

1.   Defendant Oren Alexander has retained new counsel to represent him in this matter, attorneys Marc Agnifilo, Zach Intrater, and Teny Geragos, from the law firm Agnifilo Intrater, located in New York City.

2.   The undersigned has consulted with the Defendant, who has confirmed his understanding that his newly retained counsel will be responsible for his representation in this matter. Discharging the undersigned counsel will further the Defendant's ability to allocate resources to best effectuate his defense in this matter. The undersigned is not asserting a retaining or charging lien.

3.   Pursuant to Local Criminal Rules 1.1(b) and 1.2, permission for attorney withdrawal is required according to the terms of Local Civil Rule 1.4(b), which provides for granting withdrawal upon a showing of satisfactory reasons. The reasons for withdrawal in this case, that highly

qualified attorneys of another law firm have been designated by the Defendant to handle his representation, meet the requisite showing.

4. Undersigned counsel has conferred with the attorneys for the government in this case regarding the government's position on the instant motion to withdraw. The undersigned is authorized to represent that the government <u>does not oppose</u> the relief sought by this motion.

WHEREFORE, for the reasons set forth herein and in the interest of justice, the undersigned counsel respectfully requests that the Court grant the motion for leave to withdraw.

    Respectfully submitted,

    KLUGH WILSON LLC
    40 NW Third St., PH 1
    Miami, Florida 33128
    Tel: 305-536-1191

BY:  /s/ Richard C. Klugh
    Richard C. Klugh
    Fla. Bar No. 305294
    E-mail: rklugh@klughlaw.com

## CERTIFICATE OF SERVICE UPON DEFENDANT

I hereby certify that on this 31st day of August, 2025, I served a copy of this motion upon Defendant Oren Alexander at MDC Brooklyn via U.S. Mail and provided notice to the Defendant via CorrLinks electronic correspondence.

BY:  /s/ Richard C. Klugh
    Richard C. Klugh