UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                          24-000676-VEC

OREN ALEXANDER,

Defendant.

_____/

**ORDER**

The motion for an order granting the withdrawal of Richard C. Klugh as counsel for defendant Oren Alexander in the above-captioned action is GRANTED.

Dated:   September _____, 2025
New York, New York

                                                                                        _____
                                                                                        HON. VALERIE E. CAPRONI
                                                                                        United States District Judge