# AGNIFILO INTRATER

October 30, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

    Re:    *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
              24 Cr. 676 (VEC)

Dear Judge Caproni:

    The parties submit this joint letter to request a 2-day extension to the *in limine* deadline, from November 3, 2025 to November 5, 2025; and to request a status conference in the next two weeks in advance of the currently-scheduled December 22, 2025 status conference. At the status conference, the parties would like to address the use of a jury questionnaire at trial, jury selection, the length of trial days and the overall schedule for the trial.

    As noted in the defense's October 27, 2025 letter, we propose a jury questionnaire to assist in picking a fair and impartial jury. We also propose, respectfully, a shorter trial day than set forth in the Court's individual preferences—Monday through Thursday 9:30 a.m. through 3:00 p.m.—to allow counsel time to prepare for witness testimony the next day and the ability to prepare with our clients, as they are incarcerated and would otherwise be brought straight back to the MDC after testimony.

    The government, pursuant to the Court's order, will file its position on the jury questionnaire by tomorrow but believes a questionnaire is unwarranted and will hinder jury selection. The government is amenable to a shorter trial day and will be prepared to discuss the issue at the conference.

    Thank you for your consideration.

Respectfully submitted,

JAY CLAYTON
United States Attorney

                                                                                                                                                  _____
Kaiya Arroyo                                                Marc Agnifilo
Elizabeth A. Espinosa                    Teny Geragos
Andrew Jones                                         Zach Intrater
Madison Reddick Smyser              Agnifilo Intrater LLP
Assistant United States Attorneys       *Attorneys for Oren Alexander*

140 BROADWAY, STE 2450 | NEW YORK, NY 10005 | WWW.AGILAWGROUP.COM

The Honorable Valerie E. Caproni
October 30, 2025
Page 2 of 2

                                              Howard Srebnick
                                              Jackie Perczek
                                              Jason Goldman

                                              *Attorneys for Alon Alexander*

                                              Milton L. Williams
                                              Alex V. Kahn
                                              Deanna M. Paul

                                              *Attorneys for Tal Alexander*

cc:     All counsel (via ECF)