# AGNIFILO
# INTRATER

---

November 6, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
            24 Cr. 676 (VEC)

Dear Judge Caproni:

      The parties submit this joint letter in connection with our upcoming status conference. In addition to addressing the use of a juror questionnaire, logistics of jury selection in the event of a questionnaire, and trial scheduling and logistics, we would also like to discuss the below topics.

1. Government request that the Court decide the motions *in limine* issues related to Rule 413 and pseudonyms on an expedited schedule, before the final pretrial conference;
2. Defense request to set a date for oral argument promptly after briefing on Rule 413 and 404(b) is complete;
3. Seek clarification on whether Defendants' 412 notice, due November 10, can be a notice or must be a motion pursuant to Rule 412;
4. Defense request to set a schedule for 3500 production and a deadline for outstanding iCloud productions; and
5. Defense request that the parties commit to proceeding to trial on the current indictment.

      Thank you for your consideration.

 

|  |  |
|---|---|
| JAY CLAYTON<br>United States Attorney | Respectfully submitted,<br><br>_____<br>Marc Agnifilo<br>Teny Geragos<br>Zach Intrater<br>Agnifilo Intrater LLP |
| Kaiya Arroyo<br>Elizabeth A. Espinosa<br>Andrew Jones<br>Madison Reddick Smyser<br>Assistant United States Attorneys | *Attorneys for Oren Alexander* |

Hon. Valerie E. Caproni
November 6, 2025
Page 2 of 2

                                          Howard Srebnick
                                          Jackie Perczek
                                          Jason Goldman

                                          *Attorneys for Alon Alexander*

                                          Milton L. Williams
                                          Alex Kahn
                                          Deanna Paul

                                          *Attorneys for Tal Alexander*

cc:      All counsel (via ECF)