**AGNIFILO INTRATER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/17/2025__

November 15, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**MEMO ENDORSED**

   Re: *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
     *24 Cr. 676 (VEC)*

Dear Judge Caproni:

   We submit this letter, with the consent of the government, to seek a one-day extension (until November 18, 2025) for all parties to submit responses to the motions *in limine*. The defense is mindful that the Court has scheduled a November 24, 2025 hearing on the motions and that the Court's Order informed the parties that it is unlikely to grant further extensions of the *in limine* deadline absent good cause. (ECF 167.) Here, there is good cause. On the day of the filing of the government's 141-page motion in limine, counsel for Oren Alexander (Teny Geragos), gave birth; after the filing, counsel for Alon Alexander (Jackie Perczek) travelled to Colombia for six days to attend to her 86-year old father (who lives alone) during radiation treatments for an inoperable tumor. Thank you for your consideration.

                  Respectfully submitted,

                  Marc Agnifilo
                  Teny Geragos
                  Zach Intrater

                  *Attorneys for Oren Alexander*

                  Howard Srebnick
                  Jackie Perczek
                  Jason Goldman

                  *Attorneys for Alon Alexander*

                  Milton L. Williams
                  Alex Kahn
                  Deanna Paul

                  *Attorneys for Tal Alexander*

Application GRANTED. Given the number of attorneys who have appeared for each of the defendants, the birth of Ms. Geragos's child and Ms. Perczek's trip to Colombia do not constitute good cause. Nevertheless, the Court will ADJOURN the deadline for all parties to submit responses to the motions *in limine* from Monday, November 17, 2025, to **Tuesday, November 18, 2025, at 5:00 P.M**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 190.

SO ORDERED.

*[Signature: Valerie Caproni]*     11/17/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE