

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2024
```

November 24, 2025

**Via ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:   *United States v. Alon Alexander, Oren Alexander & Tal Alexander,*
            **24 Cr. 676 (VEC)**

Dear Judge Caproni:

    We submit this letter, with the consent of the Government, to seek a one-week extension for all parties to submit proposed jury instructions, currently due November 24, 2025.[1]  We make this request in light of the Fourth Superseding Indictment filed by the Government on November 21, 2025.  This new indictment significantly adds to the allegations, including by adding Count Eleven in violation of 18 U.S.C. §2251(a), adding state law violations to Counts Four and Nine, and amending language in Counts One and Five.  Thank you for your consideration.

                  Sincerely,

                  */s/ Milton L. Williams*
                  Milton L. Williams
                  Deanna Paul
                  Alexander Kahn

                  *Attorneys for Tal Alexander*

                  */s/ Howard Srebnick*
                  Howard Srebnick
                  Jackie Perczek
                  Jason Goldman

                  *Attorneys for Alon Alexander*

                  */s/ Marc Agnifilo*
                  Marc Agnifilo
                  Teny Geragos
                  Zach Intrater

                  *Attorneys for Oren Alexander*

---

[1] The defense is prepared to submit requests to charge on the standard instructions and the sex trafficking counts by November 24, 2025.

Application GRANTED. The parties' deadline to file requests to charge is ADJOURNED from Monday, November 24, 2025, **to Monday, December 1, 2025**. Additionally, the parties' deadline to submit proposed *voir dire* questions is ADJOURNED from Monday, November 24, 2025, to **Monday, December 1, 2025**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 208.

SO ORDERED.

11/24/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE