# AGNIFILO INTRATER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2025

November 26, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**MEMO ENDORSED**

> Re: *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
> 24 Cr. 676 (VEC)

Dear Judge Caproni:

The parties submit this joint letter pursuant to the Court's November 24, 2025, Order regarding the oral argument date currently set for December 2, 2025 (ECF 210).

**Defense Position**

On behalf of Oren Alexander, we respectfully request that the conference currently set for December 2, 2025, be moved to December 3, 2025 after 12 pm or December 2nd and December 4th after 4:30 pm. The reason for this request is that Oren Alexander requires his lead counsel, Marc Agnifilo be present for the entire hearing, as all the remaining issues to be argued affect Oren's rights and upcoming trial. However, Mr. Agnifilo will be engaged in a previously scheduled suppression hearing in New York Supreme Court in the matter of People v. Luigi Mangione, Ind No. 75657-2024 on December 1st, December 2nd and December 4th. The hearing will not take place on Wednesday, December 3rd.[1]

Lead counsel for Tal (Milt Williams) and lead counsel for Alon Alexander (Howard Srebnick) are available December 3, 2025 after 12pm. The defense understands that members of the government team are not available on December 3rd. Similarly, not all members of the defense team are available either; however, the defendants' rights are being adjudicated and having their lead counsel there for issues that affect the upcoming trial where they face multiple 15-year mandatory minimum charges should be paramount.

Pursuant to the Court's Order, the parties met and conferred and could not reach an agreement regarding the government's motion to preclude evidence or argument concerning victims' counsel. The defense is prepared to discuss at the upcoming hearing what evidence defendants may seek to introduce on this topic.

---

[1] Oren's remaining counsel, Zach Intrater, will not be present at the conference, as he commences opening statements in United States v. Roberge, et al, 25-CR-339 (MEF) in the District of New Jersey on December 1, 2025. Teny Geragos will be present.

140 BROADWAY, STE 2450 | NEW YORK, NY 10005 | WWW.AGILAWGROUP.COM

The Honorable Valerie E. Caproni
November 26, 2025
Page 2 of 3

Finally, we respectfully request that at the upcoming hearing the defense has the opportunity to argue Fed. R. Evid. 403 factors that weigh against admitting the testimony of all Fed. R. Evid. 413 alleged victims.

**Government Position**

The Government respectfully opposes defense counsels' request to move the hearing to December 3, 2025, and asks the Court not to adjourn the hearing scheduled for December 2, 2025. In the alternative, the Government respectfully requests that the Court bifurcate the hearing across the afternoons of December 1 and 2, 2025.

The Government has made multiple attempts to accommodate defense counsel's schedule. *First*, as alternatives to December 2, 2025, at 2:00 p.m., the Government offered to be available throughout the day on Monday, December 1, 2025, Tuesday, December 2, 2025, and Friday, December 5, 2025. *Second*, the Government understands from the most recent status conference that Mr. Agnifilo will not be arguing each of the outstanding matters to be discussed at the upcoming hearing. As a result, the Government offered to coordinate with defense counsel to propose an order of topics to be litigated on December 2, 2025, such that Mr. Agnifilo could arrive at a time after his other commitments to litigate any matters for which he will take the lead. When Mr. Agnifilo is not available, Oren Alexander can be represented by Mr. Agnifilo's co-counsel, Teny Geragos. *Finally*, if the Court is amenable, the Government would be willing to bifurcate the hearing into multiple afternoons to accommodate Mr. Agnifilo's schedule.

The Government cannot, however, be available on December 3, 2025. In reliance on the current schedule, every member of the Government's team has scheduled other case-related commitments for December 3, 2025, including some involving out-of-state travel and meetings with victims. The Government simply cannot accommodate an adjournment to December 3.

The Honorable Valerie E. Caproni
November 26, 2025
Page 3 of 3

    Thank you for your consideration.

                                                               Respectfully submitted,

JAY CLAYTON
United States Attorney

  s/
_____                    _____
Kaiya Arroyo                                  Marc Agnifilo
Elizabeth A. Espinosa               Teny Geragos
Andrew Jones                             Zach Intrater
Madison Reddick Smyser
Assistant United States Attorneys     *Attorneys for Oren Alexander*

                                                   Howard Srebnick
                                                   Jackie Perczek
                                                   Jason Goldman

                                                   *Attorneys for Alon Alexander*

                                                   Milton L. Williams
                                                   Alex Kahn
                                                   Deanna Paul

                                                   *Attorneys for Tal Alexander*

---

The Defense fails to articulate why the Government's proposed date of Friday, December 5, 2025, is not suitable for them.  The Court is prepared to proceed with the hearing on either (i) Friday, December 5, 2025, at 10:00 A.M., or (ii) as currently scheduled for Tuesday, December 2, 2025, at 2:00 P.M.

The parties are directed to confer and inform the Court which date they prefer **by Monday, December 1, 2025, at 12:00 P.M.**  If the parties cannot reach agreement, the Court will proceed with the hearing on Tuesday, December 2, 2025, at 2:00 P.M., as currently scheduled.


SO ORDERED.

                                                  11/29/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE