UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2025
```

UNITED STATES OF AMERICA, :
:
: CASE NO. 24-Cr-676-VEC
v. :
:
ALON ALEXANDER, OREN :
ALEXANDER, and TAL ALEXANDER,
*Defendants.* :
............................../

# ORDER

This Cause came before the Court upon the motion of Jenny Wilson, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

Jenny Wilson
Klugh Wilson LLC
40 NW 3rd St. PH 1
Miami, FL 33128
305.536.1191

Appellant having requested admission Pro Hac Vice to appear as counsel for Oren Alexander in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: 12/5/2025

_____
Hon. Valerie E. Caproni
United States District Judge