**AGNIFILO INTRATER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2025

December 9, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
       24 Cr. 676 (VEC)

Dear Judge Caproni:

The defense submits this letter to respectfully request that the hearing scheduled for December 11, 2025 at 10:30 am be moved to 1:15 pm. The government is also available at 1:15 pm and consents to this request. The reason for this request is that Marc Agnifilo will be engaged in a previously scheduled suppression hearing in New York Supreme Court in the matter of <u>People v. Luigi Mangione</u>, Ind No. 75657-2024 on December 11th, and could appear in the above-captioned matter during the lunch break. If the Court has a previous engagement at 1:15 pm, Ms. Geragos will appear for Oren Alexander. Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
Zach Intrater

*Attorneys for Oren Alexander*

Howard Srebnick
Jackie Perczek
Jason Goldman

*Attorneys for Alon Alexander*

Milton L. Williams
Alex Kahn
Deanna Paul

*Attorneys for Tal Alexander*

Application GRANTED in part.  The hearing scheduled for Thursday, December 11, 2025, at 10:30 A.M. is ADJOURNED to **Thursday, December 11, 2025, at 2:15 P.M.**

SO ORDERED.

*[Signature: Valerie Caproni]*   12/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE