```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                   :

UNITED STATES OF AMERICA                 :

                      -against-                    :          24-CR-676 (VEC)

ALON ALEXANDER, OREN ALEXANDER, and   :         <u>ORDER</u>
TAL ALEXANDER,                                      :

                               Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 5, 2025, the parties each filed motions *in limine*, *see* Dkts. 174, 188 (originally filed under seal);

      WHEREAS on November 17, 2025, the parties filed responses in opposition to the respective motions *in limine*, *see* Dkts. 201, 202;

      WHEREAS the Court heard oral arguments on the motions *in limine* on November 24, 2025, December 5, 2025, and December 11, 2025, and issued preliminary rulings on the motions *in limine*, *see* Dkts. 210, 241, 252;

      WHEREAS on December 18, 2025, the Court received an *ex parte* letter from Defendants, the subject of which regards one of the Government's outstanding motions *in limine*;

      WHEREAS Defendants did not request permission from the Court to submit an *ex parte* filing addressing the substance of an open motion before the Court; and

      WHEREAS the Court finds no valid justification warranting the submission of Defendants' letter *ex parte*;

///

///

///

      IT IS HEREBY ORDERED that the Court will not consider Defendants' *ex parte* letter unless it is duly served on the Government, or Defendants can show just cause why the letter should be submitted *ex parte*.

      SO ORDERED.

Date:  December 19, 2025  
         New York, NY

                                                            VALERIE CAPRONI  
                                                             United States District Judge