```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA                                        :
                                                                :
              -against-                                         :    24-CR-676 (VEC)
                                                                :
ALON ALEXANDER, OREN ALEXANDER, and                             :    ORDER
TAL ALEXANDER,                                                  :
                                                                :
                                    Defendants.                 :
                                                                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 11, 2025, the Court heard oral argument on the parties' motions *in limine*, *see* Dkts. 174, 188, 201, 202, 204, 224, 226, and other pretrial matters;

      WHEREAS on December 12, 2025, the Court ordered Defendants to notify the Court whether they object to Victim 7 testifying under a full pseudonym, *see* Dkt. 252; and

      WHEREAS on December 19, 2025, Defendants filed a letter notifying the Court that they object to Victim 7 testifying under a full pseudonym, with exhibits appended thereto, *see* Dkts. 266, 266-1 (under seal), 266-2 (under seal), 266-3 (under seal), 266-4 (under seal), 266-5 (under seal);

      IT IS HEREBY ORDERED that, by **Wednesday, December 31, 2025**, the Government must submit a response to Defendants' opposition if it still believes that allowing Victim 7 to testify under a full pseudonym is warranted, or otherwise notify the Court if it withdraws the request that Victim 7 be allowed to testify under a full pseudonym.

      SO ORDERED.

Date: December 22, 2025
     New York, NY

_____
VALERIE CAPRONI
United States District Judge