USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
         -against- : 24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and : ORDER
TAL ALEXANDER, :
:
                     Defendants. :
:
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 11, 2025, the Court heard oral argument on the parties' motions *in limine*, *see* Dkts. 174, 188, 201, 202, 204, 224, 226, and other pretrial matters;

    WHEREAS on December 12, 2025, the Court reserved judgment on Defendants' motion to exclude evidence of the 2009 Video, *see* Dkt. 199, against Defendants Alon and Tal Alexander as direct evidence of the alleged conspiracy and directed the Government to submit a summary of the evidence that it intends to present at trial to support a finding that the Defendants formed the conspiracy charged in Count One prior to the date the 2009 Video was created, *see* Dkt. 252;

    WHEREAS on December 19, 2025, the Government provided *ex parte* and under seal a summary of its proposed evidence, as directed by the Court;

    WHEREAS the Court has considered the Government's December 19, 2025, *ex parte* submission; and

    WHEREAS the Court finds that the Government's December 19, 2025, *ex parte* submission fails to clearly demonstrate that Defendants formed the conspiracy charged in Count One prior to the date the 2009 Video was created;

     IT IS HEREBY ORDERED that the Court RESERVES judgment on Defendants' motion to exclude evidence of the 2009 Video against Defendants Alon and Tal Alexander as direct evidence of the alleged conspiracy. The Court will hold in abeyance any decision on Defendants' motion *in limine* pending presentation of the Government's evidence at trial.

     SO ORDERED.

Date: December 23, 2025  
New York, NY

                                            VALERIE CAPRONI  
                                            United States District Judge