***CORRECTED COPY* ECF 282 missing notice of motion.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated January 2, 2026, third party, Victim 1, will move this Court in a courtroom to be designated, at such convenient time as counsel may be heard, pursuant to Federal Rules of Criminal Procedure 17(c)(2), for an Order quashing the subpoenas served by the Alexander Defendants on Victim 1 with return dates of January 5, 2026 (Subpoena 1) and January 19, 2026 (Subpoena 2).

PLEASE TAKE NOTICE that pursuant to ECF 272 any answering papers shall be served January 9, 2026.

Dated: January 2, 2026

Respectfully submitted,

*Lily Timmermann*

Lilian Timmermann
Lili M. Timmermann PA
68 Jay St,
Brooklyn, NY 11201

*CORRECTED COPY* ECF 282 missing notice of motion.