

17 State Street
39th Floor
New York, NY 10004

Office 212·232·2500
Fax 212·232·2509

TorganCooperAaron.com

ATTORNEYS AT LAW
EVAN TORGAN
EDWARD T. COOPER
MITCHELL K. AARON

JONATHAN TABAR
BRENDAN BROWN

MITCHELL R. DRACH
Of Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/8/2026___

January 8, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



Re:   United States v. Alon Alexander, Oren Alexander, and Tal Alexander
      S4 24 Cr. 676 (VEC)

Your Honor:

    We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file "Under Seal" a letter on behalf of the aforementioned Victims in response to the pending motions by Defendants seeking admission of evidence pursuant to Federal Rule of Evidence 412 ("Rule 412"). As per the Part rules, a copy of the subject letter is being sent via email to Chambers with copy to all counsel of record. We seek to file the letter "Under Seal" due to the sensitive nature of the subject matter addressed therein and as all documents in connection with the Rule 412 motions have been filed Under Seal.

Respectfully submitted,

TORGAN COOPER & AARON, P.C.

By:_____
Evan Torgan
Jonathan Tabar

cc:   All counsel (via ECF)

Application GRANTED. Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, and Minor Victims 3 and 26 may submit their response to Defendants' Rule 412 motions under seal.

SO ORDERED.

1/8/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE