

250 Vesey Street  wmhwlaw.com
27th Floor  T: 212-335-2030
New York, NY 10281  F: 212-335-2040

January 8, 2026

<u>Via ECF</u>
Hon. Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Alexander, et al.*, **24-CR-676**

Dear Judge Caproni:

    We write on behalf of Tal Alexander, Oren Alexander and Alon Alexander ("Defendants") pursuant to Your Honor's Individual Criminal Rule 3(A)(1). We respectfully request to file the Defendants' opposition to Victim 1's motion to quash, and accompanying exhibits, with limited redactions. We respectfully request these redactions because the briefing contains sensitive information that would identify victims and witnesses, and to protect the privacy interests of uncharged third parties and government witnesses. *See United States v. Amodeo*, 44 F.3d 141, 147 (2d Cir. 1995); *United States v. Jones*, 21-CR-59 (LAP), at *9 (S.D.N.Y. April 19, 2024).

    The Government and counsel for Victim 1 consent to this request.

    We will submit highlighted proposed redactions for *in camera* review, as required by Your Honor's Individual Criminal Rule 3(A)(1).

    Sincerely,

    */s/ Milton L. Williams*
    Milton L. Williams
    Deanna M. Paul
    Alexander Kahn
    WALDEN MACHT HARAN & WILLIAMS, LLP
    250 Vesey Street, 27th Floor
    New York, NY 10281

    *Attorneys for Tal Alexander*

/s/ Howard Srebnick
Howard Srebnick
BLACK SREBNICK, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, FL 33131

*Attorneys for Alon Alexander*

/s/ Marc Agnifilo
Marc Agnifilo
Teny Geragos
Zach Intrater
Agnifilo Intrater LLP
140 Broadway, Ste. 2450
New York, NY 10005

*Attorneys for Oren Alexander*