```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/9/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                                       :
:
       -against-                            :     24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and        :     ORDER
TAL ALEXANDER,                                                 :
:
                                Defendants.    :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that, at the hearings on Monday, January 12, 2026, in addition to Defendants' Rule 412 motions, the parties be prepared to discuss the Government's requests that Victim 6, Victim 7, and Victim 20 be permitted to testify under full pseudonyms during trial.

      SO ORDERED.

Date: January 9, 2026
      New York, NY

                                                                     _____
                                                                      VALERIE CAPRONI
                                                                       United States District Judge