UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALON ALEXANDER, TAL ALEXANDER,<br>and OREN ALEXANDER<br><br>Defendants. | No. 24-CR-676 (VEC)<br><br>[PROPOSED] ORDER |

Upon the application of Marc A. Agnifilo, attorney for Defendant Oren Alexander:

IT IS HEREBY ORDERED THAT:

- The defendant Alon Alexander, Register Number 52665-511, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on January 20, 2026. He is permitted to have up to five button down shirts, up to five pairs of pants, up to five suit jackets, up to five pairs of socks, and up to two pairs of shoes without laces to wear to court.

- The defendant Tal Alexander, Register Number 50978-511, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on January 20, 2026. He is permitted to have up to five button down shirts, up to five pairs of pants, up to five suit jackets, up to five pairs of socks, and up to two pairs of shoes without laces to wear to court; and

- The defendant Oren Alexander, Register Number 52667-511, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on January 20, 2026. He is permitted to have up to five button down shirts, up to five pairs of pants, up to five suit jackets, up to five pairs of socks, and up to two pairs of shoes without laces to wear to court.

SO ORDERED.

Dated: January __, 2026

                                                                                                       _____
                                                                                    Hon. Valerie E. Caproni
                                                                                    United States District Judge
                                                                                    Southern District of New York