UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/16/2026__
```

-------------------------------------------------------------------X
                    :

UNITED STATES OF AMERICA           :

              -against-          :         24-CR-676 (VEC)

ALON ALEXANDER, OREN ALEXANDER, and  :      ORDER
TAL ALEXANDER,               :

              Defendants.    :

                    :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants moved, under seal, pursuant to Federal Rule of Evidence 412 ("Rule 412") to admit various pieces of evidence and testimony regarding the victims ("412 Motions"); and

WHEREAS on Monday, January 12, 2026, and Tuesday, January 13, 2026, the Court heard oral argument under seal on Defendants' 412 Motions;

IT IS HEREBY ORDERED that, for the reasons stated at the hearings and herein:

- Defendants' 412 Motion as to Victim 1 is DENIED in part. ████████████

  ████████████████████████████████████████████████████████

  ████████████████████████████████████████████████████████

  ████████████████████████████████████████████████████████

  ████████████████████████████████████████████████████

  ████████████████████████████████████████

- Defendants' 412 Motion as to Victim 2 is GRANTED in part. ████████

  ████████████████████████████████████████████████████████

  ████████████████████████████████████████████████████████

  ████████████████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

██████████████████████████████

- Defendants' 412 Motion as to Minor Victim 3 is GRANTED in part and DENIED in part. █████████████████████████

██████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

████████████████████████████████████

- Defendants' 412 Motion as to Victim 4 is GRANTED in part and DENIED in part as moot for the reasons given during the hearings. ███████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████

- Defendants' 412 Motions as to Victims 5, 7, and 11 are DENIED for the reasons given during the hearings.

- Defendants' 412 Motions as to Victims 9, 12, 23, and Minor Victim 26 are DENIED as moot.

- Defendants' 412 Motions as to Victims 10 and 13 are GRANTED in part. ███

  ███████████████████████████████████████████████████

  ███████████████████████████████████████████████████

  ████████████████████████████████

- Defendants' 412 Motion as to Victim 15 is GRANTED without objection from

  the Government.

- Defendants' 412 Motion as to Victim 21 is GRANTED. ████████

  ████████████████████████████████████████████████

  ██████████████████████████████████████████████████████

  ██████████████████████████████████████████

  ████████████████████████████████████████████████

  ███████████████████████████

SO ORDERED.

Date:   January 16, 2026          _____
        New York, NY                 VALERIE CAPRONI
                                      United States District Judge