USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ALON ALEXANDER, OREN ALEXANDER, and
TAL ALEXANDER,

                         Defendants.

------------------------------------------------------------------X

24-CR-676 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS on Friday, January 14, 2026, Defendants submitted under seal supplemental motions *in limine*;

    IT IS HEREBY ORDERED that the Government may submit a response to Defendants' supplemental motions *in limine* not later than **5:00 P.M. on Monday, January 19, 2026**.

    SO ORDERED.

Date: January 16, 2026
       New York, NY

_____
VALERIE CAPRONI
United States District Judge