

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:   1/20/2026 |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 18, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



    Re:   *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
             **S5 24 Cr. 676 (VEC)**

Dear Judge Caproni:

      The Government respectfully writes to ask the Court to allow the exhibit attached to the Government's January 8, 2026, letter (Dkt. 292) to remain under seal. The exhibit is copy of the fifth superseding indictment that does not redact the name of the grand jury foreperson. The Clerk's Office informed the Government on or about the same day of this oversight, and the Government immediately contacted Pacer to have the exhibit temporarily sealed on the docket. The Government now seeks leave to allow the exhibit to remain sealed. A redacted version of the fifth superseding indictment has separately been filed on the docket (Dkt. 329.) Because a copy of the indictment that does not reveal the foreperson's identity is available to the public, the Government submits that the interest of grand jury secrecy outweighs the interests of disclosure in this instance.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

    By:   /s  _____
      Kaiya Arroyo, Elizabeth A. Espinosa
      Andrew Jones, Madison Reddick Smyser
      Assistant United States Attorneys
      (212) 637-2226/-2216/-2249/-2381

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*    1/20/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE