

```
                                          17 State Street          ATTORNEYS AT LAW
                                          39th Floor
                                          New York, NY 10004       EVAN TORGAN
                                                                   EDWARD T. COOPER
                                          Office 212-232-2500      MITCHELL K. AARON
                                          Fax 212-232-2509
                                                                   JONATHAN TABAR
                                          TorganCooperAaron.com    BRENDAN BROWN

                                                                   MITCHELL R. DRACH
                                                                   Of Counsel
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/21/2026

January 20, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



      Re:   United States v. Alon Alexander, Oren Alexander, and Tal Alexander
             <u>S4 24 Cr. 676 (VEC)</u>

Your Honor:

      We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash certain Rule 17(c) subpoenas on behalf of Minor Victim 3. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Counsel for Defendants consent to our request for redactions. We seek the redactions to protect the identity of our client and the privacy of other third parties named in the subject subpoenas.

                                    Respectfully submitted,

                                      TORGAN COOPER & AARON, P.C.

                                      By: <u>/s/Evan Torgan</u>
                                         Evan Torgan
                                         Jonathan Tabar

cc:    All counsel (via ECF)

Application GRANTED. Minor Victim 3 may file her motion to quash Defendants' Rule 17(c) subpoena, and the exhibit thereto, with limited redactions. The documents submitted at Dkts. 345 and 345-1 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 344.

SO ORDERED.

*Valerie Caproni* (signature)    1/21/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE