```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
-against- : 24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and : ORDER
TAL ALEXANDER, :
:
Defendants. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Michael Jude Jannuzzi, Esq., of the law firm Jannuzzi & Schwarz, be granted access to file via CM/ECF in the above-captioned action as the representative of an interested party to this case.

    SO ORDERED.

Date: January 28, 2026
      New York, NY

_____
VALERIE CAPRONI
United States District Judge