USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
UNITED STATES OF AMERICA

      -against-

ALON ALEXANDER, OREN ALEXANDER, and
TAL ALEXANDER,

                   Defendants.
-------------------------------------------------------------------- X

24-CR-676 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on January 30, 2026, Non-Party Witness 2 filed a motion to quash a subpoena served on her by Defendants, *see* Dkt. 371;

IT IS HEREBY ORDERED that Defendants are directed to submit a response, if any, to Non-Party Witness 2's motion to quash not later than **9:00 A.M. on Monday, February 2, 2026**.

SO ORDERED.

Date: January 30, 2026
     New York, NY

                                                  VALERIE CAPRONI
                                                  United States District Judge