

17 State Street
39th Floor
New York, NY 10004

Office 212-232-2500
Fax 212-232-2509

TorganCooperAaron.com

ATTORNEYS AT LAW
EVAN TORGAN
EDWARD T. COOPER
MITCHELL K. AARON

JONATHAN TABAR
BRENDAN BROWN

MITCHELL R. DRACH
Of Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/6/2026

February 5, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Alon Alexander, Oren Alexander, and Tal Alexander
      S4 24 Cr. 676 (VEC)

Your Honor:

We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file in redacted form the letter motion seeking to quash a Rule 17(c) subpoena on behalf of Victim 2. As per the Part rules, the redacted version is being contemporaneously filed on ECF and a copy with the highlighted proposed redactions is being sent to Chambers via email with copy to all counsel of record. Counsel for Defendants do not take a position on our request for redactions. We seek the redactions so as to protect the identity of our client named in the subject subpoena.

Respectfully submitted,

TORGAN COOPER & AARON, P.C.

By: */s/Evan Torgan*
    Evan Torgan
    Jonathan Tabar

cc:   All counsel (via ECF)

Application GRANTED.  Victim 2 may file her motion to quash Defendants' Rule 17(c) subpoena, and the exhibits thereto, with limited redactions.  The documents submitted at Dkts. 392, 392-1, and 392-2 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 391.

SO ORDERED.

*[signature: Valerie Caproni]*        2/6/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE