```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/6/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                             :
UNITED STATES OF AMERICA                :
                                                                             :
               -against-                     :          24-CR-676 (VEC)
                                                                             :
ALON ALEXANDER, OREN ALEXANDER, and  :           <u>ORDER</u>
TAL ALEXANDER,                                 :
                                                                               :
                                Defendants.   :
                                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that Defendants may submit a response, if any, to Victim 2's motion to quash, *see* Dkt. 392, not later than **Sunday, February 8, 2026**.

       SO ORDERED.

Date:  February 6, 2026
          New York, NY

                                                           VALERIE CAPRONI
                                                      United States District Judge