USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

                       Defendants.

-----------------------------------------------------------------X

24-CR-676 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mmes. Kyrie P. Graziosi, Esq., and Susan Schroeder, Esq., of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, be granted access to file via CM/ECF in the above-captioned action as the representatives of an interested party ("Minor Victim 25") to this case.

    SO ORDERED.

Date: February 6, 2026
New York, NY

_____
VALERIE CAPRONI
United States District Judge