```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/8/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
        -against-                                    :     24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and                               :     ORDER
TAL ALEXANDER,                                                    :
:
                       Defendants.                       :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Defendants' request to preclude Government Exhibits A-101-23, A-419, C-304, C-304-1, B-141-1, B-178-1, B-210-1, and B-210-2, is GRANTED. The Government Exhibits referenced herein are not admissible. The Court's basis for this order and further explanation will be provided on the record on Monday, February 9, 2026.

      SO ORDERED.

Date: February 8, 2026
      New York, NY

                                               _____
                                               VALERIE CAPRONI
                                               United States District Judge