WILMERHALE

February 11, 2026

**Susan Schroeder**

+1 212 230 8865 (t)
+1 212 230 8888 (f)
susan.schroeder@wilmerhale.com

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Alexander et al.*, Docket 24-CR-00676 (VEC) (S.D.N.Y.) –
               Motion to Quash Rule 17(c) Subpoena on behalf of Minor Victim 25

Your Honor:

      We write on behalf of our client Minor Victim 25 in connection with the above-referenced matter. On February 10, 2026, at approximately 10:18pm, Defendant Alon Alexander served another subpoena pursuant to Federal Rule of Criminal Procedure 17(c) (the "Subpoena"). [1] The Subpoena seeks "metadata of the airplane photos you [Minor Victim 25] took on your way to Aspen on January 26, 2017," metadata for the picture labeled Government Exhibit 15-102, photos, with metadata, of Minor Victim 25 and several other individuals from January 26, 2017 to January 27, 2017, and all written communications between Minor Victim 25 and several other individuals relating to "events that occurred at Bootsey Bellows and the Little Nell residences on January 26-27, 2017," without any other limitation. For the reasons set forth below, Minor Victim 25 respectfully moves to quash the Subpoena pursuant to Federal Rule of Civil Procedure 17(c)(2).[2]

      The Subpoena suffers from the same fatal defects as the subpoena Defendant served on Minor Victim 25 on February 1, 2026, which this Court quashed on February 10, 2026. Dkt. No. 404. As with the prior subpoena, Defendant seeks sweeping and undefined categories of material, including all communications over a seven-year period between Minor Victim 25 and several individuals, as well as an unspecified number of photos taken during a two-day period. These requests lack specificity, fail to identify admissible evidence, and instead amount to precisely the sort of fishing expedition barred by *United States v. Nixon*, 418 U.S. 683, 700 (1974).

      The timing of the Subpoena independently renders it unreasonable and oppressive. Defendant served the Subpoena yesterday at 10:18pm, after Minor Victim 25's direct examination, and on the eve of Minor Victim 25's second day of testimony, which is scheduled to begin at

---

[1] A copy of the Subpoena is attached hereto as Exhibit A, which redacts the identities of Minor Victim 25 and other victims whose identities are confidential.

[2] Minor Victim 25 has made a limited production in response to the Subpoena, which included certain readily available documents responsive to Requests 1-4 of the Subpoena. But Minor Victim 25 otherwise objects to the Subpoena, for the reasons stated herein.

WilmerHale

The Honorable Valerie E. Caproni
February 11, 2026
Page 2

9:30am today.  Compelling Minor Victim 25 to search for and produce what could be hundreds of personal photos and communications overnight, immediately before testifying, is both unduly burdensome and unreasonable.  *See United States v. Jasper*, 2003 WL 1107526, at *3 (S.D.N.Y. Mar. 13, 2003) (quashing Rule 17(c) subpoena that was an "improper sweeping request for discovery on the eve of trial").

     For these reasons, and for the additional reasons set forth in Minor Victim 25's prior letter motion, Dkt. No. 396, and this Court's order quashing Defendant's February 1, 2026 subpoena, Dkt. No. 404, Minor Victim 25 respectfully requests that the Court quash the Subpoena.

     We appreciate the Court's consideration.


Respectfully Submitted,


/s/ Susan Schroeder
Susan Schroeder


cc:     All counsel (Via ECF)

# Exhibit A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

## for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Alon Alexander, Oren Alexander, and Tal Alexander | ) | Case No.  24-Cr-676 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  ██████████ c/o Susan Schroeder

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Daniel Patrick Moynihan United States Courthouse 500 Pearl St. | Courtroom No.: | 26A |
|---|---|---|---|
| | | Date and Time: | 02/11/2026 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

On the day you testify, please produce the items listed in Attachment A.

*CLERK OF COURT*

*Tammi M. Hellwig*

Date:  02/10/2026

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Alon Alexander
_____, who requests this subpoena, are:

Jackie Perczek
Howard Srebnick
BLACK SREBNICK
201 South Biscayne Blvd
Suite 1300
Miami, FL 33131
305-371-6421 (office)
305-710-9242 (Jackie cell)
jperczek@royblack.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   24-Cr-676

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A

### Subpoena to ███████████

1. The metadata of the airplane photos you took on your way to Aspen on January 26, 2017.

2. The metadata of the Panda photo.



3. Photos (with metadata) of you, ███████████, or ███████████, from the time you arrived in Aspen on January 26, 2017, until you left the Little Nell residences on January 27, 2017.

4. Written communications between you, ███████████, ███████████, and / or ███████████ about the events that occurred at Bootsey Bellows and the Little Nell residences on January 26-27, 2017.