UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

ALON ALEXANDER, OREN ALEXANDER, and
TAL ALEXANDER,

                   Defendants.

------------------------------------------------------------------X

24-CR-676 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2026

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that, not later than **Thursday, February 12, 2026, at 5:00 P.M.**, Victim 2 must produce to the Court for *in camera* inspection (i) the "Detailed Timeline.docx" document that is the subject of Defendants' Rule 17(c) subpoena, *see* Dkt. 392-1, and Victim 2's subsequent motion to quash, *see* Dkt. 392, and (ii) any communications between Victim 2 and Mr. Ira Meyerowitz, Esq., that tend to support the assertion in Victim 2's motion to quash that the document was prepared with legal counsel "for the purpose of seeking . . . legal advice concerning potential civil claims arising from the events that are now the subject of this criminal prosecution." *See* Dkt. 392-2 ¶ 3.

      SO ORDERED.

Date:  February 11, 2026
       New York, NY

_____
VALERIE CAPRONI
United States District Judge