```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  :
UNITED STATES OF AMERICA  :
  :
    -against-  :    24-CR-676 (VEC)
  :
ALON ALEXANDER, OREN ALEXANDER, and  :    <u>SCHEDULING ORDER</u>
TAL ALEXANDER,  :
  :
    Defendants.  :
  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties appear for a status conference on **Monday, February 23, 2026, at 10:00 A.M.**  The Court respectfully requests that, not later than **Friday, February 20, 2026**, the parties submit a joint letter summarizing topics and issues to be discussed at the status conference.

    IT IS FURTHER ORDERED that the parties appear for a charge conference on **Friday, February 27, 2026, at 10:00 A.M.**  Not later than **Wednesday, February 18, 2026**, Defendants must submit a proposed charge regarding their theory of the defense, if any.

    The conferences will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Date: February 13, 2026
      New York, NY

                                         _____
                                              VALERIE CAPRONI
                                             United States District Judge