| | |
|---|---|
| **From:** | Teny Geragos |
| **To:** | Smyser, Madison (USANYS); Arroyo, Kaiya (USANYS); Salerno, Gabriela (USANYS) [Contractor]; Alexander Kahn; Deanna Paul; Easton Stelly; Hilary R; Howard Srebnick; Jackie Perczek; jg; Maylin Brito; Marc Agnifilo; mwilliams; Sarju Patel; Zach Intrater |
| **Cc:** | Espinosa, Elizabeth (USANYS); Jones, Andrew (USANYS); Sebade, Olivia (USANYS) [Contractor] |
| **Subject:** | [EXTERNAL] RE: United States v. Alon Alexander, Oren Alexander, and Tal Alexander, S3 24 Cr. 676 (VEC) |
| **Date:** | Tuesday, December 30, 2025 10:13:30 PM |

Thank you for getting back to us on this. We will move to preclude these as unnoticed 404b, unnoticed 413 and unduly prejudicial under 403.

**From:** Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>
**Sent:** Tuesday, December 30, 2025 10:10 PM
**To:** Teny Geragos <teny@agilawgroup.com>; Arroyo, Kaiya (USANYS) <Kaiya.Arroyo@usdoj.gov>; Salerno, Gabriela (USANYS) [Contractor] <Gabriela.Salerno@usdoj.gov>; Alexander Kahn <akahn@wmhwlaw.com>; Deanna Paul <dpaul@wmhwlaw.com>; Easton Stelly <easton@agilawgroup.com>; Hilary R <hreiner@royblack.com>; Howard Srebnick <hsrebnick@royblack.com>; Jackie Perczek <jperczek@royblack.com>; jg <jg@jasongoldmanlaw.com>; Maylin Brito <mbrito@royblack.com>; Marc Agnifilo <marc@agilawgroup.com>; mwilliams <mwilliams@wmhwlaw.com>; Sarju Patel <spatel@wmhwlaw.com>; Zach Intrater <zach@agilawgroup.com>
**Cc:** Espinosa, Elizabeth (USANYS) <Elizabeth.Espinosa@usdoj.gov>; Jones, Andrew (USANYS) <Andrew.Jones2@usdoj.gov>; Sebade, Olivia (USANYS) [Contractor] <Olivia.Sebade2@usdoj.gov>
**Subject:** RE: United States v. Alon Alexander, Oren Alexander, and Tal Alexander, S3 24 Cr. 676 (VEC)

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Teny:

Yes, we do plan to introduce evidence related to this trip. For avoidance of doubt, we view the content of these exhibits, and other similar exhibits, as direct evidence of the conspiracy charge. In the alternative, we believe they are admissible under Rule 413 and/or Rule 404(b) as evidence of opportunity, intent, plan, knowledge, absence of mistake, or lack of accident.

Thanks,
Maddie

**Maddie R. Smyser**
(212) 637-2381 (office)
(646) 372-0370 (cell)
madison.smyser@usdoj.gov

**From:** Teny Geragos <teny@agilawgroup.com>

**Sent:** Monday, December 29, 2025 1:59 PM
**To:** Arroyo, Kaiya (USANYS) <Kaiya.Arroyo@usdoj.gov>; Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>; Salerno, Gabriela (USANYS) [Contractor] <Gabriela.Salerno@usdoj.gov>; Alexander Kahn <akahn@wmhwlaw.com>; Deanna Paul <dpaul@wmhwlaw.com>; Easton Stelly <easton@agilawgroup.com>; Hilary R <hreiner@royblack.com>; Howard Srebnick <hsrebnick@royblack.com>; Jackie Perczek <jperczek@royblack.com>; jg <jg@jasongoldmanlaw.com>; Maylin Brito <mbrito@royblack.com>; Marc Agnifilo <marc@agilawgroup.com>; mwilliams <mwilliams@wmhwlaw.com>; Sarju Patel <spatel@wmhwlaw.com>; Zach Intrater <zach@agilawgroup.com>
**Cc:** Espinosa, Elizabeth (USANYS) <Elizabeth.Espinosa@usdoj.gov>; Jones, Andrew (USANYS) <Andrew.Jones2@usdoj.gov>; Sebade, Olivia (USANYS) [Contractor] <Olivia.Sebade2@usdoj.gov>
**Subject:** [EXTERNAL] RE: United States v. Alon Alexander, Oren Alexander, and Tal Alexander, S3 24 Cr. 676 (VEC)

Kaiya – you noticed several photographs and chats that appear to relate to a trip to the Exumas/Fyre Festival. Does the government still intend to admit evidence related to this trip?

Teny

