```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
                                                      ELECTRONICALLY FILED
-------------------------------------------------------------- X   DOC #:_____
                                                      :       DATE FILED:__3/10/2026__
UNITED STATES OF AMERICA                              :
                                                      :
              -against-                               :       24-CR-676 (VEC)
                                                      :
ALON ALEXANDER, OREN ALEXANDER, and                   :       SCHEDULING ORDER
TAL ALEXANDER,                                        :
                                                      :
                           Defendants.                :
                                                      :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 9, 2026, the jury returned a verdict finding:

- Alon Alexander guilty of conspiracy to commit sex trafficking, sex trafficking, sex trafficking of a minor, inducement to travel to engage in unlawful sexual activity, aggravated sexual abuse, and sexual abuse of a physically incapacitated person;

- Oren Alexander guilty of conspiracy to commit sex trafficking, sex trafficking, inducement to travel to engage in unlawful sexual activity, aggravated sexual abuse, sexual abuse of a physically incapacitated person, and sexual exploitation of a minor; and

- Tal Alexander guilty of conspiracy to commit sex trafficking, sex trafficking, sex trafficking of a minor, and inducement to travel to engage in unlawful sexual activity;

IT IS HEREBY ORDERED that, not later than **Wednesday, March 18, 2026**, the parties must meet and confer and propose a joint briefing schedule for any post-trial motions.

IT IS FURTHER ORDERED that Defendants Alon, Oren, and Tal Alexander must appear for sentencing on **Thursday, August 6, 2026, at 10:00 A.M.** The sentencing will take

place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Pre-sentencing submissions must be filed not later than **Thursday, July 23, 2026**.

SO ORDERED.

Date:  March 10, 2026
       New York, NY

                                    VALERIE CAPRONI
                                    United States District Judge