UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                    :
                                            :
           -against-                        :     24-CR-676 (VEC)
                                            :
ALON ALEXANDER, OREN ALEXANDER,             :     VERDICT SHEET
and TAL ALEXANDER                           :
                                            :
                         Defendants.        :
------------------------------------------------------------X

All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).

## Conspiracy to Commit Sex Trafficking

1. On the charge of conspiracy to commit sex trafficking, we the jury find:

   a. the Defendant ALON ALEXANDER:

      Not Guilty_____          Guilty___✓_____

   b. the Defendant OREN ALEXANDER:

      Not Guilty_____          Guilty___✓_____

   c. the Defendant TAL ALEXANDER:

      Not Guilty_____          Guilty___✓_____

1

### Sex Trafficking Lindsey Acree by Force, Fraud, or Coercion

2. On the charge of sex trafficking Lindsey Acree by force, fraud, or coercion, we the jury find the Defendant TAL ALEXANDER:

    Not Guilty_____    Guilty___✓___

### Sex Trafficking Bela Koval by Force, Fraud, or Coercion

3. On the charge of sex trafficking Bela Koval by force, fraud, or coercion, we the jury find:

    a. the Defendant ALON ALEXANDER:

    Not Guilty_____    Guilty___✓___

    b. the Defendant OREN ALEXANDER:

    Not Guilty_____    Guilty___✓___

    c. the Defendant TAL ALEXANDER:

    Not Guilty_____    Guilty___✓___

### Sex Trafficking Maya Miller by Force, Fraud, or Coercion

4. On the charge of sex trafficking Maya Miller by force, fraud, or coercion, we the jury find the Defendant TAL ALEXANDER:

    Not Guilty_____    Guilty___✓___

2

## Sex Trafficking a Minor

5. On the charge of sex trafficking a minor (Isa Brooks), we the jury find:

    a. the Defendant ALON ALEXANDER:

    Not Guilty _____          Guilty ✓

    b. the Defendant TAL ALEXANDER:

    Not Guilty _____          Guilty ✓

## Inducing Bela Koval to Travel to Engage in Unlawful Sexual Activity

6. On the charge of inducing Bela Koval to travel to engage in unlawful sexual activity, we the jury find:

    a. the Defendant ALON ALEXANDER:

    Not Guilty _____          Guilty ✓

    b. the Defendant OREN ALEXANDER:

    Not Guilty _____          Guilty ✓

    c. the Defendant TAL ALEXANDER:

    Not Guilty _____          Guilty ✓

3

### Inducing Maya Miller to Travel to Engage in Unlawful Sexual Activity

7. On the charge of inducing Maya Miller to travel to engage in unlawful sexual activity, we the jury find the Defendant TAL ALEXANDER:

    Not Guilty _____     Guilty ___✓_____

### Aggravated Sexual Abuse by Force or Intoxicant

8. On the charge of aggravated sexual abuse of Rhonda Stone by force or intoxicant, we the jury find:

    a. the Defendant ALON ALEXANDER:

        Not Guilty _____     Guilty ___✓_____

    b. the Defendant OREN ALEXANDER:

        Not Guilty _____     Guilty ___✓_____

### Sexual Abuse of a Physically Incapacitated Person

9. On the charge of sexual abuse of a physically incapacitated person (Rhonda Stone), we the jury find:

    a. the Defendant ALON ALEXANDER:

        Not Guilty _____     Guilty ___✓_____

    b. the Defendant OREN ALEXANDER:

        Not Guilty _____     Guilty ___✓_____

## Sexual Exploitation of a Minor

10. On the charge of sexual exploitation of a minor (Amelia Rosen), we the jury find the Defendant OREN ALEXANDER:

    Not Guilty_____          Guilty__✓____

_____          Dated: March 9___, 2026
Foreperson

5